UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN KENNEDY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN BACA et. al.,<br><br>　　　　　Respondents. | Case No. 3:14-cv-00493-MMD-WGC<br><br>ORDER |

Petitioner has submitted a motion for Court's assistance and remedy for relief (dkt. no. 6). He states that he does not have his legal paperwork. The Court will give him additional time to file an amended petition for a writ of habeas corpus on the correct form.

It is therefore ordered that petitioner's motion for Court's assistance and remedy for relief (dkt. no. 6) is granted in part. Petitioner shall have through February 4, 2015, to file an amended petition that complies with the Court's order of November 21, 2014 (dkt. no. 3).

It is further ordered that the Clerk of the Court shall send to petitioner a copy of the order of November 21, 2014 (dkt. no. 3), a copy of the petition (dkt. no. 4), and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 form with instructions.

DATED THIS 7th day of January 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE